# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2024

## NO. 03-22-00042-CV

**City of Austin, Texas, Appellant**

**v.**

**1811 Guadalupe LLC, Appellee**

**APPEAL FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the interlocutory order signed by the trial court on January 7, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.